**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6920**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

GEORGE M. LECCO, a/k/a Porgy,

Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  John T. Copenhaver, Jr., Senior District Judge.  (2:05-cr-00107-1)

Submitted:  February 21, 2023                    Decided:  February 24, 2023

Before NIEMEYER and DIAZ, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

George M. Lecco, Appellant Pro Se.  Joseph Franklin Adams, OFFICE OF THE UNITED STATES ATTORNEY, Huntington, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George M. Lecco appeals the district court's order denying his motion to reconsider the denial of his motion for compassionate release under 18 U.S.C. § 3581(c)(1)(A)(i). We have reviewed the record and find no reversible error. Accordingly, we affirm. *United States v. Lecco*, No. 2:05-cr-00107-1 (S.D.W. Va. July 28, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*